NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3062

DAN C. BOECHLER,

Petitioner,

v.

DEPARTMENT OF THE INTERIOR,

Respondent.

Petition for review of the Merit Systems Protection Board in consolidated cases DE0752040295-I-4 and DE0752040458-I-4.

ON MOTION

Before BRYSON, Circuit Judge.

## O R D E R

Dan C. Boechler moves without opposition for a 44-day extension of time, until July 27, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 2 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: David C. Thompson, Esq.
    Scott D. Austin, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 9 2009

JAN HORBALY
CLERK